■ Donna M. Aylsworth, Appellant, v Gregory Kowalczyk, Respondent. [910 NYS2d 758]—Appeal from an order of the

Supreme Court, Erie County (John F. O' Donnell, J.), entered January 8, 2010 in a postjudgment divorce action. The order, among other things, recalculated defendant's past and current child support obligations.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.